**James D. SCHNELLER, Appellant**

**v.**

**JUDICIAL CONDUCT BOARD OF the COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Sept. 29, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, the Order of the Commonwealth Court is hereby AFFIRMED.